29 minutes

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 6/10/14

Case No.    CR-14-0048  SI             Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- HERPEL NIOUS (C)(P)

Attorneys:   Marc Wolf             Elizabeth Falk

Deputy Clerk: Tracy Kasamoto   Court Reporter: Debra Pas

**PROCEEDINGS**

1)    Sentence - HELD
2)
3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                   PART


Case continued to  @ **11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ **8:30 a.m.**  for Trial (Court/Jury: ___ Days)

        )

ORDERED AFTER HEARING:
CUSTODY: 36 months  w/RDAP
SUPERVISED RELEASE: 3 years w/sp. conditions
SPECIAL ASSESSMENT: $100
NO FINE